# Exhibit 2

Charted claim:
Method claim:1

| US8515386B2 | Orbic Myra 5G ("The accused product") |
|---|---|
| 1. A method for determining the physical location of a VoIP phone and transmitting the physical location to an emergency services call center or the like, the method comprising: | The accused product discloses a method (e.g., emergency location service) for determining the physical location (e.g., current location) of a VoIP phone (e.g., the accused product) and transmitting (e.g., automatically sending) the physical location (e.g., current location) to emergency services call center (e.g., local emergency center) or the like. As shown, the accused product includes Wi-Fi calling feature thereby acting as a VOIP phone. It includes an emergency feature that enables calling a local emergency number such as '911'. The accused product also includes "Emergency location service" feature that works such that when user call an emergency number such as '911', a call is placed to the local emergency services, the current location of the accused product is determined using location services such as Wi-fi, Bluetooth, cellular network, etc. and is automatically transmitted to the emergency center. |



https://orbic.us/products/orbic-myra-5g?variant=42114635104462



Source: *Orbic Myra 5G*



*Source: Orbic Myra 5G*

1. To use Wi-Fi Calling on your Orbic® Myra 5G™, ensure Wi-Fi is turned on and connected.

https://www.verizon.com/support/knowledge-base-238285/



placing an emergency call

Calling…
Emergency number
911

Keypad    Speaker    Video call

One-way Camera

Source: Orbic Myra 5G



*Source: Orbic Myra 5G*

← **Emergency Location Service**

**Use Emergency Location Service** 

If the supplemental Emergency Location Service is supported by your device in your region, when you call or text an emergency number, your device may automatically send its location and other critical information to emergency responders.

When you call or text an emergency number, Emergency Location Service may use your device's location with Google Location Accuracy to determine the most accurate location for your device, even if those settings are off. Emergency Location Service may also turn on your device's Wi-Fi setting. If Emergency Location Service is off, your mobile carrier may still send your device's location during an emergency call.

**Learn more about Emergency Location Service**

*Source: Orbic Myra 5G*



Source: *Orbic Myra 5G*



Source: *Orbic Myra 5G*



*Source: Orbic Myra 5G*

| making a plurality of | The accused product discloses making a plurality of attempts (e.g., attempts |

| attempts to determine the physical location of the VoIP phone, each using a separate location detection technology ("LDT"): | corresponding to different location services such as Wi-fi, Bluetooth, cellular network, etc.) to determine the physical location (e.g., current location) of the VoIP phone (e.g., the accused product) each using a separate location detection technology ("LDT") (e.g., location detection technologies such as Wi-fi, Bluetooth, cellular network, etc.).<br><br>As shown, the accused product includes Wi-Fi calling feature thereby acting as a VOIP phone. It includes an emergency feature that enables calling a local emergency number such as '911'. The accused product also includes "Emergency location service" feature that works such that when user call an emergency number such as '911', a call is placed to the local emergency services, the current location of the accused product is determined using location services such as Wi-fi, Bluetooth, cellular network, etc. |



Source: Orbic Myra 5G

← **Emergency Location Service**

**Use Emergency Location Service** 

If the supplemental Emergency Location Service is supported by your device in your region, when you call or text an emergency number, your device may automatically send its location and other critical information to emergency responders.

When you call or text an emergency number, Emergency Location Service may use your device's location with Google Location Accuracy to determine the most accurate location for your device, even if those settings are off. Emergency Location Service may also turn on your device's Wi-Fi setting. If Emergency Location Service is off, your mobile carrier may still send your device's location during an emergency call.

**Learn more about Emergency Location Service**

*Source: Orbic Myra 5G*



Source: *Orbic Myra 5G*



Source: Orbic Myra 5G



### Wi-Fi and Bluetooth sca...

#### Wi-Fi scanning
Allow apps and services to scan for Wi-Fi networks at any time, even when Wi-Fi is off. This can be used, for example, to improve location-based features and services.

#### Bluetooth scanning
Allow apps and services to scan for nearby devices at any time, even when Bluetooth is off. This can be used, for example, to improve location-based features and services.

*Source: Orbic Myra 5G*

| if an attempt is successful, storing the physical location determined using the corresponding LDT; | The accused product discloses if an attempt (e.g., attempt to obtain current location of the accused product) is successful (e.g., current location is determined), storing the physical location determined (e.g., determined current location) using the corresponding LDT (e.g., Wi-fi, Bluetooth, cellular network, etc.).<br><br>As shown, the accused product includes Wi-Fi calling feature thereby acting as a VOIP phone. It includes an emergency feature that enables calling a local emergency number such as '911'. The accused product also includes "Emergency location service" feature that works such that when user call an emergency number such as '911', a call is placed to the local emergency services, the current location of the accused product is determined using location services such as Wi-fi, Bluetooth, cellular network, etc. Upon successfully determining the current location of the accused product, the determined location is stored on the servers. |



*Source: Orbic Myra 5G*

← **Emergency Location Service**

**Use Emergency Location Service** 

If the supplemental Emergency Location Service is supported by your device in your region, when you call or text an emergency number, your device may automatically send its location and other critical information to emergency responders.

When you call or text an emergency number, Emergency Location Service may use your device's location with Google Location Accuracy to determine the most accurate location for your device, even if those settings are off. Emergency Location Service may also turn on your device's Wi-Fi setting. If Emergency Location Service is off, your mobile carrier may still send your device's location during an emergency call.

**Learn more about Emergency Location Service**

*Source: Orbic Myra 5G*



Source: *Orbic Myra 5G*



Source: *Orbic Myra 5G*



*Source: Orbic Myra 5G*

| | |
|---|---|
| placing a call to the emergency services call center with the VoIP phone; and | The accused product discloses placing a call (e.g., placing an emergency call) to the emergency services call center (e.g., local emergency center) with the VoIP phone (e.g., the accused product).<br><br>As shown, the accused product includes Wi-Fi calling feature thereby acting as a VOIP phone. It includes an emergency feature that enables calling a local emergency number such as '911'. When a user places a 911 call, a call is placed to the local emergency services center. |



Source: *Orbic Myra 5G*



*Source: Orbic Myra 5G*



*Source: Orbic Myra 5G*

| | |
|---|---|
| |  ← **Emergency Location Service**<br><br>**Use Emergency Location Service** ⬤<br><br>If the supplemental Emergency Location Service is supported by your device in your region, when you call or text an emergency number, your device may automatically send its location and other critical information to emergency responders.<br><br>*Source: Orbic Myra 5G* |
| automatically transmitting the physical location of the VoIP phone to the emergency services call center. | The accused product discloses automatically transmitting (e.g., automatically sending) the physical location (e.g., current location) of the VoIP phone (e.g., the accused product) to the emergency services call center (e.g., local emergency center).<br><br>As shown, the accused product includes Wi-Fi calling feature thereby acting as a VOIP phone. It includes an emergency feature that enables calling a local emergency number such as '911'. The accused product also includes "Emergency location service" feature that works such that when a user calls an emergency number such as '911', a call is placed to the local emergency services, the current location of the accused product is determined using location services such as Wi-fi, Bluetooth, cellular network, etc. and is automatically transmitted to the emergency center. |



Source: *Orbic Myra 5G*



*Source: Orbic Myra 5G*



*Source: Orbic Myra 5G*



Source: Orbic Myra 5G

← **Emergency Location Service**

**Use Emergency Location Service** 

If the supplemental Emergency Location Service is supported by your device in your region, when you call or text an emergency number, your device may automatically send its location and other critical information to emergency responders.

When you call or text an emergency number, Emergency Location Service may use your device's location with Google Location Accuracy to determine the most accurate location for your device, even if those settings are off. Emergency Location Service may also turn on your device's Wi-Fi setting. If Emergency Location Service is off, your mobile carrier may still send your device's location during an emergency call.

**Learn more about Emergency Location Service**

*Source: Orbic Myra 5G*



Source: *Orbic Myra 5G*



Source: Orbic Myra 5G



Source: Orbic Myra 5G